IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Allen, Nina V | Case Number: 05 B 25901 |
|---|---|
|  | Judge: Hollis, Pamela S |
| Printed: 11/18/08 | Filed: 6/29/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: November 17, 2008
Confirmed: August 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,072.07 |  |
| Secured: |  | 3,111.20 |
| Unsecured: |  | 905.32 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 355.55 |
| Other Funds: |  | 0.00 |
| Totals: | 7,072.07 | 7,072.07 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Aronson Furniture Company | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 522.00 | 522.00 |
| 4. | R & R Country Motors | Secured | 2,589.20 | 2,589.20 |
| 5. | Peoples Energy Corp | Unsecured | 53.26 | 0.00 |
| 6. | Monterey Financial Services | Unsecured | 216.55 | 45.52 |
| 7. | Portfolio Acquisitions | Unsecured | 417.06 | 87.67 |
| 8. | Aronson Furniture Company | Unsecured | 227.16 | 0.00 |
| 9. | Illinois Bell Telephone Company | Unsecured | 157.69 | 32.98 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 235.00 | 49.39 |
| 11. | RoundUp Funding LLC | Unsecured | 3,281.24 | 689.76 |
| 12. | Wal Mart Stores | Unsecured |  | No Claim Filed |
| 13. | MCI | Unsecured |  | No Claim Filed |
| 14. | Advocate Illinois Masonic | Unsecured |  | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 16. | Illinois Dept Of Employment Sec | Unsecured |  | No Claim Filed |
| 17. | IMC Mortgage Corp | Unsecured |  | No Claim Filed |
| 18. | MCI | Unsecured |  | No Claim Filed |
| 19. | MCI | Unsecured |  | No Claim Filed |
| 20. | TCF Bank | Unsecured |  | No Claim Filed |
| 21. | TCF Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 10,399.16 | $ 6,716.52 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Allen, Nina V

Printed: 11/18/08

Case Number:  05 B 25901
Judge:  Hollis, Pamela S
Filed:  6/29/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 22.43 |
| 5.5% | 201.26 |
| 5% | 32.98 |
| 4.8% | 76.57 |
| 5.4% | 21.33 |
| 6.5% | 0.98 |
|  | $ 355.55 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

